UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:08-cr-61-Orl-18DAB

DANIEL PANDIELLO
 a/k/a Santiago Alvares
 a/k/a Ernesto Rios
ANA MONTERO

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

☒ IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

Volusia County (FL) Circuit Case No. 2007-33819CFAES

☐ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: March 14, 2008

    Respectfully submitted,

    ROBERT E. O'NEILL
    United States Attorney

By:   *s/ Robert E. Bodnar, Jr.*
    Robert E. Bodnar, Jr.
    Assistant United States Attorney
    Florida Bar No. 0989703
    501 West Church Street, Suite 300
    Orlando, Florida  32805
    Telephone:  (407) 648-7500
    Facsimile:  (407) 648-7643
    E-mail:  robert.bodnar@usdoj.gov

U.S. v. DANIEL PANDIELLO                                    Case No. 6:08-cr-61-Orl-18DAB

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

None

I hereby certify that on March 14, 2008, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

None

*s/ Robert E. Bodnar, Jr.*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Florida Bar No. 0989703
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      robert.bodnar@usdoj.gov